

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00098-CR

_____

IN RE:
LOUIS R. JONES

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Louis R. Jones has petitioned this Court for mandamus relief, naming as respondent the 202nd Judicial District Court of Bowie County, Texas. Jones asks this Court to order the trial court to rule on his motion for judgment nunc pro tunc, in order to credit Jones with time served for which no credit was given.

Jones was convicted in trial court cause number 07F0284-202 in the 202nd Judicial District Court of Bowie County, Texas. According to his petition, Jones was sentenced to twenty-five years' imprisonment in that case. Jones alleges that, pursuant to a plea agreement, he was to receive 990 days' jail time credit for time served in the Arkansas Department of Corrections while also being held on a fugitive warrant from Bowie County, Texas, for the charge on which he was ultimately convicted in Bowie County.

Respondent has entered a nunc pro tunc judgment in cause number 07F0284-202, giving Jones the credit he seeks. Accordingly, we deny the petition for writ of mandamus as moot.

Josh R. Morriss, III
Chief Justice

Date Submitted:      May 25, 2011
Date Decided:        May 26, 2011

Do Not Publish

2